IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LILY TAYLOR, TIM TAYLOR, and BONNIE
TAYLOR,

    Plaintiffs,

v.                                                                  Case No.        1:23-cv-821

THE SANTA FE PUBLIC SCHOOL
DISTRICT, THE SANTA FE PUBLIC
SCHOOL BOARD OF EDUCATION,
CARL MARANO, in his individual capacity,
HILARIO CHAVEZ, in his individual capacity,
UNIVERSAL PROTECTION SERVICE, LLC
d/b/a ALLIED UNIVERSAL SECURITY SERVICES,
AMEEN BENHALIM, and BADR EL-BADRI,

    Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1343, 1367, 1441 and 1446, defendants The Santa Fe Public School District, The Santa Fe Public School Board of Education, Carl Marano, and Hilario Chavez (collectively, the "School Defendants") give Notice of Removal to this Court of the civil action filed in the First Judicial District Court for the State of New Mexico, County of Santa Fe: *Lily Taylor, Tim Taylor, and Bonnie Taylor v. The Santa Fe Public School District, The Santa Fe Public School Board of Education, Carl Marano, in his individual capacity, Hilario Chavez, in his individual capacity, Universal Protection Service, LLC d/b/a Allied Universal Security*

*Services, Ameen Benhalim, and Badr El-Badri*; Cause No. D-101-CV-2023-01864, and as grounds therefor, state:

1. On August 10, 2023, Plaintiffs filed a civil complaint (the "Complaint") in the First Judicial District Court for the County of Santa Fe in the State of New Mexico in Cause No. D-101-CV-2023-01864 against the Defendants (the "State Court Action"). A copy of the Complaint is attached as **Exhibit A**. On August 25, 2023, Plaintiffs filed their First Amended Complaint for Damages ("Amended Complaint"), a copy of which is attached as **Exhibit B**.

2. On August 25, 2023, summonses were issued to each of the Defendants. Copies of said summonses are attached as **Exhibit C**.

3. On September 5, 2023, a copy of the summons and Amended Complaint were served on defendants The Santa Fe Public School District, The Santa Fe Public School Board of Education, Carl Marano, Hilario Chavez and Universal Protection Services, LLC d/b/a Allied Universal Security Services ("Allied"). On September 6, 2023, a copy of the summons and Amended Complaint were served on defendants Ameen Benhalim and Badr El-Badri. Copies of the returns of service are attached as **Exhibit D**.

4. All Defendants consent to the removal of this action and, therefore, there is unanimity among all Defendants in consenting to this removal. *See* Notices of Consent to Removal for the non-removing defendants attached as **Exhibit E**.

5. Pursuant to 28 U.S.C. § 1446(b)(2)(B) and (C), the Notice of Removal is filed within thirty (30) days after service of the Amended Complaint on the last Defendant.

6. Pursuant to 28 U.S.C. § 1446(d), copies of the Notice of Removal will be given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the First Judicial District Court, County of Santa Fe, State of New Mexico.

7. 28 U.S.C. § 1441(a) permits removal by a defendant of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction…". Federal question jurisdiction exists in this matter pursuant to 28 U.S.C. § 1331 because: (1) Plaintiff Lily Taylor asserts in Count IV of the Amended Complaint that Defendants The Santa Fe Public School District and The Santa Fe Public School Board of Education violated her rights under Title IX (**Exhibit B**, ¶¶ 108 – 118) and (2) Plaintiff Lily Taylor asserts in Count V of the Amended Complaint that all of the School Defendants violated her rights protected by the Fourteenth Amendment to the United States Constitution for which they are liable under 42 U.S.C. § 1983. **Exhibit B**, ¶¶ 119 – 135.

8. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446, and 28 U.S.C. § 1331.

9. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the state law claims asserted in the Complaint at Count I (Violation of the New Mexico Human Rights Act), Count II (Negligence), Count III (Violation of the New Mexico Civil Rights Act), Count VI (Negligence), Count VII (Negligence), Count VIII (Sexual Battery), and Count IX (Loss of Consortium).

10. Pursuant to D.N.M. LR-Civ. 81.1(a), Defendants will file a certified copy of the file in the State Court Action with the Court within twenty-eight days after filing the Notice of Removal.

11. A Civil Cover Sheet is attached hereto as **Exhibit F**.

Submitted by:

COPPLER LAW FIRM, P.C.
645 Don Gaspar Avenue
Santa Fe, New Mexico 87505
(505) 988-5656
gcoppler@coppler.com

/s/ Gerald A. Coppler
Gerald A. Coppler
*Attorneys for Defendants The Santa Fe Public School District, The Santa Fe Public School Board of Education, Carl Marano, and Hilario Chavez*

### Certificate of Service

I HEREBY CERTIFY that on the 22nd day of September 2023, I filed the foregoing electronically through the CM/ECF system. I served the following counsel of record and parties *pro se* by electronic mail or first-class mail as follows:

Kate Ferlic
Ben Osborn
EGOLF + FERLIC + MARTINEZ + HARWOOD, LLC
123 W. San Francisco Street, Second Floor
Santa Fe, NM 87501
(505) 986-9641
kate@egolflaw.com
ben@egolflaw.com
*Attorneys for the Plaintiffs*

Louis W. Horowitz
Vanessa E. Garcia
LORBER, GREENFIELD, & POLITO, LLP
100 Sun Ave. NE, Suite 650
Albuquerque, NM 87109
lhorowitz@lorberlaw.com
vgarcia@lorberlaw.com
*Attorneys for the Universal Protection Services, LLC*
*d/b/a Allied Universal Security Services*

Ameen Benhalim
2922 Alamosa Drive
Santa Fe, Nm 87505
*Defendant Pro Se*

Badr El-Badri
2557 Camino Cabrestro
Santa Fe, NM 87505
*Defendant Pro Se*


                                  /s/ Gerald A. Coppler

GAC\PLEADING\3195410.2023-09-22 Notice of Removal submitted