FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
9/7/2023 9:45 AM
KATHLEEN VIGIL CLERK OF THE COURT
Jacqueline Rosales Juarez

| SUMMONS | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Judge Steve Herrera Judicial Complex<br>225 Montezuma Ave/PO Box 2268<br>Santa Fe, New Mexico  87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2023-01603<br><br>Assigned Judge:<br>Hon. Kathleen McGarry Ellenwood |
| Plaintiff:<br>Lily Taylor, Tim Taylor, and Bonnie Taylor<br>v.<br>Defendants:<br>The Santa Fe Public School District, The<br>Santa Fe Public School Board of Education,<br>Carl Marano, in his individual capacity,<br>Hilario Chavez, in his individual capacity,<br>Universal Protection Service, LLC d/b/a<br>Allied Universal Security Services, Ameen<br>Benhalim, and Badr el-Badri | Defendant<br>Name:<br>Santa Fe Public School District<br>610 Alta Vista Street<br>Santa Fe, New Mexico 87505<br><br><br>EXHIBIT D |

**TO THE ABOVE-NAMED DEFENDANT(S)**: Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this __25__ day of August 2023.

KATHLEEN VIGIL
CLERK OF DISTRICT

By: _____
    Deputy

By:     _/s/ Kate Ferlic_
Name:  Kate Ferlic
Address: Egolf + Ferlic + Martinez + Harwood, LLC
         123 W. San Francisco St., 2nd Floor
         Santa Fe, NM 87501
Telephone: (505) 986-9641; Fax: (505) 214-2005
Email Address: Kate@EgolfLaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN[1]**

STATE OF NEW MEXICO )
                     )ss
COUNTY OF Santa Fe )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Santa Fe_ County on the _5th_ day of _September_, _2023_ by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to Amanda Grundler an agent authorized to receive service of process for defendant Santa Fe Public School District.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _45+Tax_____

_A.M. W._____
Signature of person making service

_AW Legal Documents_
Title (*if any*)

Subscribed and sworn to before me this _6th_ day of _September 2023_

_____
Judge, notary or other officer
authorized to administer oaths

_Notary Public_
Official title

Melinda L Wheeler
NOTARY PUBLIC-STATE OF NEW MEXICO
Commission # 1140134
My Comm. Expires  4/14/2027

## USE NOTE

    1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
9/7/2023 9:45 AM
KATHLEEN VIGIL CLERK OF THE COURT
Jacqueline Rosales Juarez

| SUMMONS | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Judge Steve Herrera Judicial Complex<br>225 Montezuma Ave/PO Box 2268<br>Santa Fe, New Mexico  87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2023-01803<br><br>Assigned Judge:<br>Hon. Kathleen McGarry Ellenwood |
| Plaintiff:<br>Lily Taylor, Tim Taylor, and Bonnie Taylor<br>v.<br>Defendants:<br>The Santa Fe Public School District, The<br>Santa Fe Public School Board of Education,<br>Carl Marano, in his individual capacity,<br>Hilario Chavez, in his individual capacity,<br>Universal Protection Service, LLC d/b/a<br>Allied Universal Security Services, Ameen<br>Benhalim, and Badr el-Badri | Defendant<br>Name:<br>Santa Fe Public School Board of<br>Education<br>610 Alta Vista Street<br>Santa Fe, New Mexico 87505 |

## TO THE ABOVE-NAMED DEFENDANT(S): Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this __25__ day of August 2023.

KATHLEEN VIGIL
CLERK OF DISTRICT COURT

By _____
    Deputy

By:     _/s/ Kate Ferlic_
Name:  Kate Ferlic
Address: Egolf + Ferlic + Martinez + Harwood, LLC
        123 W. San Francisco St., 2nd Floor
        Santa Fe, NM 87501
Telephone: (505) 986-9641; Fax: (505) 214-2005
Email Address: Kate@EgolfLaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF NEW MEXICO )
                                          )ss
COUNTY OF Santa Fe )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Santa Fe_ County on the _5th_ day of _September, 2023_ by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]     to _Amanda Crandler_, an agent authorized to receive service of process for defendant _Santa Fe Public School Board of Education._

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]     to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: *$45⁰⁰ + Tax*

_____

_a. m. W_

Signature of person making service

_AW Legal Documents_

Title (*if any*)

Subscribed and sworn to before me this **6th** day of **September 2023**

_____

Judge, notary or other officer
authorized to administer oaths

**Notary Public**

Official title

Melinda L Wheeler
NOTARY PUBLIC-STATE OF NEW MEXICO
Commission # 1140134
My Comm. Expires 4/14/2027

## USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
9/7/2023 9:45 AM
KATHLEEN VIGIL CLERK OF THE COURT
Jacqueline Rosales Juarez

| **SUMMONS** | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Judge Steve Herrera Judicial Complex<br>225 Montezuma Ave/PO Box 2268<br>Santa Fe, New Mexico 87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2023-01663<br><br>Assigned Judge:<br>Hon. Kathleen McGarry Ellenwood |
| Plaintiff:<br>Lily Taylor, Tim Taylor, and Bonnie Taylor<br>v.<br>Defendants:<br>The Santa Fe Public School District, The<br>Santa Fe Public School Board of Education,<br>Carl Marano, in his individual capacity,<br>Hilario Chavez, in his individual capacity,<br>Universal Protection Service, LLC d/b/a<br>Allied Universal Security Services, Ameen<br>Benhalim, and Badr el-Badri | Defendant<br>Name:<br>Carl Marano<br>Assistant Superintendent K-8<br>Santa Fe Public Schools<br>610 Alta Vista Street<br>Santa Fe, New Mexico 87505 |

### TO THE ABOVE-NAMED DEFENDANT(S): Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 25 day of August 2023.

KATHLEEN VIGIL
CLERK OF DISTRICT COURT

By: _____
Deputy

By:     /s/ Kate Ferlic
Name: Kate Ferlic
Address: Egolf + Ferlic + Martinez + Harwood, LLC
            123 W. San Francisco St., 2nd Floor
            Santa Fe, NM 87501
Telephone: (505) 986-9641; Fax: (505) 214-2005
Email Address: Kate@EgolfLaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO )
                     )ss
COUNTY OF _Santa Fe_ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Santa Fe_ County on the _5th_ day of _September 2023_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to   the   defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to _Amanda Grundler_, an agent authorized to receive service of process for defendant _Carl Marano, Assistant Superintendent_

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _$45 + Tax_

_[signature]_

Signature of person making service

_AW Legal Documents_

Title (*if any*)

Subscribed and sworn to before me this _6th_ day of _September 2023_

_[signature]_

Judge, notary or other officer
authorized to administer oaths

_Notary Public_

Official title

Melinda L Wheeler
NOTARY PUBLIC-STATE OF NEW MEXICO
Commission # 1140134
My Comm. Expires  4/14/2027

## USE NOTE

    1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
9/7/2023 9:45 AM
KATHLEEN VIGIL CLERK OF THE COURT
Jacqueline Rosales Juarez

| SUMMONS | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Judge Steve Herrera Judicial Complex<br>225 Montezuma Ave/PO Box 2268<br>Santa Fe, New Mexico 87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2023-01803<br><br>Assigned Judge:<br>Hon. Kathleen McGarry Ellenwood |
| Plaintiff:<br>Lily Taylor, Tim Taylor, and Bonnie Taylor<br>v.<br>Defendants:<br>The Santa Fe Public School District, The<br>Santa Fe Public School Board of Education,<br>Carl Marano, in his individual capacity,<br>Hilario Chavez, in his individual capacity,<br>Universal Protection Service, LLC d/b/a<br>Allied Universal Security Services, Ameen<br>Benhalim, and Badr el-Badri | Defendant<br>Name:<br>Hilario Chavez<br>Superintendent<br>Santa Fe Public Schools<br>610 Alta Vista Street<br>Santa Fe, New Mexico 87505 |

**TO THE ABOVE-NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this _25_ day of August 2023.

KATHLEEN VIGIL
CLERK OF DISTRICT COURT

By: _____
       Deputy

By:    _/s/ Kate Ferlic_
Name:  Kate Ferlic
Address: Egolf + Ferlic + Martinez + Harwood, LLC
           123 W. San Francisco St., 2nd Floor
           Santa Fe, NM 87501
Telephone: (505) 986-9641; Fax: (505) 214-2005
Email Address: Kate@EgolfLaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN[1]**

STATE OF NEW MEXICO   )
                                            )ss
COUNTY OF Santa Fe   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe County on the 5th day of September 2023 by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]    to Amanda Grundler, an agent authorized to receive service of process for defendant Hilario Chavez, Superintendent

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _45⁰⁰_ _+Tax_

_C. M. W_

Signature of person making service

_Aw Legal Documents_

Title (*if any*)

Subscribed and sworn to before me this **16th** day of _September_ 2023

_____

Judge, notary or other officer
authorized to administer oaths

_Notary Public_

Official title

> Melinda L Wheeler
> NOTARY PUBLIC-STATE OF NEW MEXICO
> Commission # 1140134
> My Comm. Expires  4/14/2027

## USE NOTE

    1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

## SUMMONS

| | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Judge Steve Herrera Judicial Complex<br>225 Montezuma Ave/PO Box 2268<br>Santa Fe, New Mexico  87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2023-01864<br><br>Assigned Judge:<br>Hon. Kathleen McGarry Ellenwood |
| Plaintiff:<br>Lily Taylor, Tim Taylor, and Bonnie Taylor<br>v.<br>Defendants:<br>The Santa Fe Public School District, The<br>Santa Fe Public School Board of Education,<br>Carl Marano, in his individual capacity,<br>Hilario Chavez, in his individual capacity,<br>Universal Protection Service, LLC d/b/a<br>Allied Universal Security Services, Ameen<br>Benhalim, and Badr el-Badri | Defendant<br>Name:<br>Universal Protection Service, LLC<br>d/b/a Allied Universal Security<br>Services<br>Corporation Service Company<br>110 E. Broadway Street<br>Hobbs, NM |

### TO THE ABOVE-NAMED DEFENDANT(S): Take notice that

1.    A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.    You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.

3.    You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.    If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.    You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.    If you need an interpreter, you must ask for one in writing.

7.    You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 25 day of August 2023.

KATHLEEN VIGIL
CLERK OF DISTRICT COURT

_____
Deputy

By:    /s/ Kate Ferlic
Name:  Kate Ferlic
Address: Egolf + Ferlic + Martinez + Harwood, LLC
123 W. San Francisco St., 2nd Floor
Santa Fe, NM 87501
Telephone: (505) 986-9641; Fax: (505) 214-2005
Email Address: Kate@EgolfLaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF NEW MEXICO )

COUNTY OF _LEA_ )ss
)

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _LEA_ County on the _6_ day of _September, 2023_ by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]     to _____, an agent authorized to receive service of process for defendant _____

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[X]     to _Jane Villalobos_ (*name of person*), _Legal Assistant_ (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees:

_Joly Rivera_
Signature of person making service
_Process Server - Johnny Rivas_
Title (if any)

Subscribed and sworn to before me this _6th_ day of _August_, _2023_

_____
Judge, notary or other officer
authorized to administer oaths

_Notary_
Official title

> STATE OF NEW MEXICO
> NOTARY PUBLIC
> VALERIE GUERRA
> Commission # 1081854
> My Comm. Exp.   July 24, 2024

## USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
9/7/2023 9:45 AM
KATHLEEN VIGIL CLERK OF THE COURT
Jacqueline Rosales Juarez

| **SUMMONS** | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Judge Steve Herrera Judicial Complex<br>225 Montezuma Ave/PO Box 2268<br>Santa Fe, New Mexico 87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2023-01825<br><br>Assigned Judge:<br>Hon. Kathleen McGarry Ellenwood |
| Plaintiff:<br>Lily Taylor, Tim Taylor, and Bonnie Taylor<br>v.<br>Defendants:<br>The Santa Fe Public School District, The<br>Santa Fe Public School Board of Education,<br>Carl Marano, in his individual capacity,<br>Hilario Chavez, in his individual capacity,<br>Universal Protection Service, LLC d/b/a<br>Allied Universal Security Services, Ameen<br>Benhalim, and Badr el-Badri | Defendant<br>Name:<br>Ameen Benhalim<br>2922 Alamosa Drive<br>Santa Fe, New Mexico 87505 |

## TO THE ABOVE-NAMED DEFENDANT(S): Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 25 day of August 2023.

KATHLEEN VIGIL
CLERK OF DISTRICT COURT

By: /s/ Deputy

                                        By:    /s/ Kate Ferlic
                                        Name: Kate Ferlic
                                        Address: Egolf + Ferlic + Martinez + Harwood, LLC
                                               123 W. San Francisco St., 2nd Floor
                                               Santa Fe, NM 87501
                                        Telephone: (505) 986-9641; Fax: (505) 214-2005
                                        Email Address: Kate@EgolfLaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF NEW MEXICO )
                                              )ss
COUNTY OF _Santa Fe_ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Santa Fe_ County on the _6th_ day of _September_, _2023_ by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[X]    to _Hamid Benhalim_, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _Ameen Benhalim_ (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _2922 Alamosa Drive_ (*insert defendant's last known mailing address*) a copy of the summons and complaint. _, Santa Fe, NM 87507_

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: $45⁰⁰ + Tax

_A. M. W_

Signature of person making service

_AW Legal Documents_

Title (*if any*)

Subscribed and sworn to before me this 6th day of September 2023

Judge, notary or other officer
authorized to administer oaths

_Notary Public_

Official title

> Melinda L Wheeler
> NOTARY PUBLIC-STATE OF NEW MEXICO
> Commission # 1140134
> My Comm. Expires 4/14/2027

## USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
9/7/2023 9:45 AM
KATHLEEN VIGIL CLERK OF THE COURT
Jacqueline Rosales Juarez

## SUMMONS

| | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Judge Steve Herrera Judicial Complex<br>225 Montezuma Ave/PO Box 2268<br>Santa Fe, New Mexico 87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2023-01833<br><br>Assigned Judge:<br>Hon. Kathleen McGarry Ellenwood |
| Plaintiff:<br>Lily Taylor, Tim Taylor, and Bonnie Taylor<br>v.<br>Defendants:<br>The Santa Fe Public School District, The<br>Santa Fe Public School Board of Education,<br>Carl Marano, in his individual capacity,<br>Hilario Chavez, in his individual capacity,<br>Universal Protection Service, LLC d/b/a<br>Allied Universal Security Services, Ameen<br>Benhalim, and Badr el-Badri | Defendant<br>Name:<br>Badr el-Badri<br>c/o New Mexico Youth Diagnostic<br>Development Center<br>4000 Edith NE<br>Albuquerque, New Mexico, 87197 |

### TO THE ABOVE-NAMED DEFENDANT(S): Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this _25_ day of August 2023.

KATHLEEN VIGIL
CLERK OF DISTRICT

By: _____
Deputy

By: _/s/ Kate Ferlic_
Name: Kate Ferlic
Address: Egolf + Ferlic + Martinez + Harwood, LLC
123 W. San Francisco St., 2nd Floor
Santa Fe, NM 87501
Telephone: (505) 986-9641; Fax: (505) 214-2005
Email Address: Kate@EgolfLaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN[1]**

STATE OF NEW MEXICO  )
                                        )ss
COUNTY OF Santa Fe )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Santa Fe_ County on the _6th_ day of _September 2023_ by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[X]    to _Maher el-Badri_ , a person over fifteen (15) years of age and residing at the usual place of abode of defendant _Badr el-Badri_ (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _2557 Camino Cabestro, Santa Fe, NM 87505_ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: $45⁰⁰ + Tax

_____
Signature of person making service

_AW Legal Documents_
Title (*if any*)

Subscribed and sworn to before me this 6th day of September 2023

_____
Judge, notary or other officer
authorized to administer oaths

Notary Public
Official title

> Melinda L Wheeler
> NOTARY PUBLIC-STATE OF NEW MEXICO
> Commission # 1140134
> My Comm. Expires 4/14/2027

## USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]