STATE OF NEW MEXICO
FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE

LILY TAYLOR, TIM TAYLOR, and BONNIE
TAYLOR,

      Plaintiffs,

v.                                       Case No. D-101-CV-2023-01864

THE SANTA FE PUBLIC SCHOOL
DISTRICT, THE SANTA FE PUBLIC
SCHOOL BOARD OF EDUCATION,
CARL MARANO, in his individual capacity,
HILARIO CHAVEZ, in his individual capacity,
UNIVERSAL PROTECTION SERVICES, LLC
d/b/a ALLIED UNIVERSAL SECURITY SERVICES,
AMEEN BENHALIM, and BADR EL-BADRI,

      Defendants.

**EXHIBIT E**

## DEFENDANT UNIVERSAL PROTECTION SERVICES, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES' NOTICE OF CONSENT TO REMOVAL

COMES NOW Defendant Universal Protection Services, LLC d/b/a Allied Universal Security Services, through its undersigned counsel, and hereby notifies the Court and the parties that this defendant consents to the removal of this case to the United States District Court by defendants The Santa Fe Public School District, The Santa Fe Public School Board of Education, Carl Marano, and Hilario Chavez.

Dated: September 19, 2023      By:  */s/Vanessa E. Garcia*
                                                             Louis W. Horowitz, Esq.
                                                             Vanessa E. García, Esq.
                                                             LORBER, GREENFIELD & POLITO, LLP
                                                             100 Sun Avenue NE, Suite 650
                                                             Albuquerque, NM  87109
                                                             Telephone:  (800) 291-3062
                                                             Facsimile:  (505) 213-0144
                                                             lhorowitz@lorberlaw.com
                                                             vgarcia@lorberlaw.com
                                                             *Attorneys for Defendant Universal*
                                                             *Protection Service, LLC d/b/a Allied*
                                                             *Universal Security Services*

STATE OF NEW MEXICO
FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE

LILY TAYLOR, TIM TAYLOR, and BONNIE TAYLOR,

    Plaintiffs,

v.

Case No. D-101-CV-2023-01864

THE SANTA FE PUBLIC SCHOOL
DISTRICT, THE SANTA FE PUBLIC
SCHOOL BOARD OF EDUCATION,
CARL MARANO, in his individual capacity,
HILARIO CHAVEZ, in his individual capacity,
UNIVERSAL PROTECTION SERVICE, LLC
a/b/a ALLIED UNIVERSAL SECURITY SERVICES,
AMEEN BENHALIM, and BADR EL-BADRI,

    Defendants.

### DEFENDANT AMEEN BENHALIM NOTICE OF CONSENT TO REMOVAL

COMES NOW Defendant Ameen Benhalim and hereby notifies the Court and the parties that he consents to the removal of this case to the United States District Court by defendants The Santa Fe Public School District, The Santa Fe Public School Board of Education, Carl Marano, and Hilario Chavez.

_____
Ameen Benhalim

9/21/2023
Date

STATE OF NEW MEXICO
FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE

LILY TAYLOR, TIM TAYLOR, and BONNIE TAYLOR,

    Plaintiffs,

v.                                              Case No. D-101-CV-2023-01864

THE SANTA FE PUBLIC SCHOOL
DISTRICT, THE SANTA FE PUBLIC
SCHOOL BOARD OF EDUCATION,
CARL MARANO, in his individual capacity,
HILARIO CHAVEZ, in his individual capacity,
UNIVERSAL PROTECTION SERVICES, LLC
d/b/a ALLIED UNIVERSAL SECURITY SERVICES,
AMEEN BENHALIM, and BADR EL-BADRI,

    Defendants.

## DEFENDANT BADR EL-BADRI NOTICE OF CONSENT TO REMOVAL

COMES NOW Defendant Badr El-Badri and hereby notifies the Court and the parties that he consents to the removal of this case to the United States District Court by defendants The Santa Fe Public School District, The Santa Fe Public School Board of Education, Carl Marano, and Hilario Chavez.

_____      9-22-23
Badr El-Badri                             Date